# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT GRUTGEN,

    Petitioner,

vs.

GLEN WHORTON, *et al.*,

    Respondents.

3:08-cv-00154-LRH-RAM

**ORDER**

    Before the court is respondents' first motion for enlargement of time in which to file an answer to the petition for writ of habeas corpus (docket #7). Good cause appearing,

    **IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including September 17, 2008, in which to file and serve an answer to the petition for writ of habeas corpus.

    DATED this 28th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE