# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GRUTGEN, | )<br>) |
| Petitioner, | )   3:08-cv-00154-LRH-RAM<br>) |
| vs. | )   ORDER<br>) |
| GLEN WHORTON, *et al.*, | )<br>) |
| Respondents. | ) |

Before the court is petitioner's motion for an increase in NDOC copy credits (docket #11). Petitioner states that he requires an increase of $20.00 in copy credit in order to respond to the respondents' motion to dismiss.

The Court will deny the motion. The Court finds that petitioner has not demonstrated a need for additional copy credit, as there is no indication that petitioner cannot make handwritten copies. The Court will not interfere with the policies and operation of the Nevada Department of Corrections. It is petitioner's responsibility to utilize his legal copy allotment such that he can file the required responses in his pending cases.

IT IS THEREFORE ORDERED that petitioner's motion (docket #11) is **DENIED**.

DATED this 24th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE